FILED
CLERK
7/20/2017 2:52 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KEYSEAN L. KEYES,

                      Plaintiff,

                                       ORDER
          -against-                             16-CV-7041(JMA)(SIL)

MERYL BERKOWITZ, et al.,

                      Defendants.
----------------------------------------------------------X
KEYSEAN L. KEYES,

                      Plaintiff,

          -against-                             16-CV-7042(JMA)(SIL)

MERYL BERKOWITZ, et al.,

                      Defendants.
----------------------------------------------------------X
KEYSEAN L. KEYES,

                      Plaintiff,

          -against-                             17-CV-0181(JMA)(SIL)

RONALD LUNGO, et al.,

                      Defendants.
----------------------------------------------------------X

**AZRACK, United States District Judge:**

      By Order dated June 30, 2017 (the "Order"), the Court denied the applications of pro se plaintiff Keysean L. Keyes ("plaintiff"), a frequent filer in this Court, to proceed in forma pauperis in these cases because plaintiff has already had more than three in forma pauperis complaints sua sponte dismissed as frivolous and/or for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii). See Keyes v. Nassau Cty. Ct. and Sup. Ct., et al., 16-CV-4016; Keyes v. Sullivan, 16-CV-4989; Keyes v. Nassau Cty. Sheriff's Dep't,

et al., 16-CV-5482; Keyes v. Nassau Cty. Corr. Facility, et al., 16-CV-5483; Keyes v. The District Att'y, et al., 16-CV-5484; Keyes v. The People of the State of N.Y., and 16-CV-5485; and Keyes v. Sullivan, et al., 16-CV-5486 (all dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(b) and 1915A(b) for failure to allege a plausible claim for relief).

Plaintiff was directed to pay the $350 filing fee for each of these complaints within fourteen (14) days of the date of the Order.  The Order warned plaintiff that a "[f]ailure to do so will lead to the dismissal of her claims without further notice and judgment shall enter in each case."  See Order, Docket Entry No. 7 in 16-CV-7041 and 16-CV-7042; Docket Entry No. 10 in 17-CV-181.)  To date, plaintiff has not paid the filing fees, nor has she otherwise communicated with the Court about these cases.  Accordingly, the complaints are dismissed without prejudice and the Clerk of the Court shall enter judgment and mail a copy of this Order to the plaintiff at her last known address.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of any appeal.  See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

Date: July 20, 2017
Central Islip, New York

                                                                                 /s/ (JMA)
                                                                             Joan M. Azrack
                                                                             United States District Judge